IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DILLON ORRELL                                                                                              PLAINTIFF

vs.                                         Civil No. 6:18-cv-06066

NANCY A. BERRYHILL
Commissioner, Social Security Administration                                              DEFENDANT

## MEMORANDUM OPINION

Before the Court is Plaintiff's Motion to Dismiss Complaint Without Prejudice. ECF No. 12. Plaintiff filed this Motion on November 5, 2018. *Id.* The Parties have consented to the jurisdiction of a magistrate judge to conduct any and all proceedings in this case, including conducting the trial, ordering the entry of a final judgment, and conducting all post-judgment proceedings. ECF No. 5. Pursuant to this authority, this Court issues this Memorandum Opinion.

With this Motion, Plaintiff seeks to voluntarily dismiss this action. Defendant has no objections to this Motion. After considering this Motion, and because Defendant has no objections to this Motion, the Court **GRANTS** Plaintiff's Motion to Dismiss Complaint Without Prejudice. A judgment incorporating these findings will be entered pursuant to Federal Rules of Civil Procedure 52 and 58.

**IT IS SO ORDERED this 27th day of November 2018.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE