IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DILLON ORRELL                                                                   PLAINTIFF

vs.                              Civil No. 6:18-cv-06066

NANCY A. BERRYHILL
Commissioner, Social Security Administration                           DEFENDANT

## **J U D G M E N T**

For the reasons stated in the Memorandum Opinion entered in this case on this date, the Court dismisses this action without prejudice.

**IT IS SO ORDERED this 27th day of November 2018.**

                                                 /s/ *Barry A. Bryant*
                                                 HON. BARRY A. BRYANT
                                                 U. S. MAGISTRATE JUDGE